## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Darell Burton
                              Plaintiff,

v.                                             Case No.: 1:13−cv−00769
                                                      Honorable Andrea R. Wood

Illinois Central Railroad Company
                              Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, March 2, 2017:

      MINUTE entry before the Honorable Andrea R. Wood: The parties' electronically advised the court that a settlement in principle has been reached. In light of the parties' agreement in principle to settle the case, the final pretrial conference set for 3/3/2017 and jury trial set for 3/20/2017 are stricken. Status hearing set for 4/5/2017 at 9:00 AM. If a stipulation to dismiss is filed prior to the next status date, the hearing will be stricken. Mailed notice(ef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.